ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
　　Social Security Administration
　　333 Market St., Suite 1500
　　San Francisco, CA  94105
　　Telephone:  (415) 977-8939
　　Facsimile:  (415) 744-0134
　　Email:  Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JILL KOSS,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | No. ED CV 11-1240-AGR<br><br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED: _March 30, 2012_

　　　　　　　　　　　　　　　　　　　　_/s/ Alicia G. Rosenberg_
　　　　　　　　　　　　　　　　　　　　HONORABLE ALICIA G. ROSENBERG
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE